CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

OCT 22 2010

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| ROBERT ETHAN MILLER, | ) | Civil Action No. 7:10-cv-00471 |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| C. ZYCH, | ) | By: Hon. Jackson L. Kiser |
| Respondent. | ) | Senior United States District Judge |

In accordance with the written memorandum opinion entered this day, it is hereby

**ORDERED**

that petitioner's 28 U.S.C. § 2241 petition for a writ of habeas corpus is **DISMISSED**, pursuant

to Rules 1(b) and 4 of the Rules Governing § 2554 Cases, and the case is **STRICKEN** from the

active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum

opinion to the petitioner.

**ENTER**: This 22nd day of October, 2010.

_____
Senior United States District Judge